**AFFIRM; and Opinion Filed  September 8, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00180-CR
No. 05-14-00181-CR

**MICHELLE SERBU MCCRANEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-82989-2012, 401-82990-2012**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Brown
Opinion by Justice O'Neill

Michelle Serbu McCraney was convicted of delivery of methamphetamine in an amount of one gram or more but less than four grams and possession of methamphetamine in an amount less than one gram. On the delivery case, the trial court assessed punishment at ten years' imprisonment, probated for ten years. On the possession case, the trial court assessed punishment at one year's confinement in a state jail. We adopted the trial court's finding that appellant no longer desires to pursue the appeals, and we ordered the appeals submitted without briefs.[1]

---

[1] Appellant filed a motion to dismiss the appeals, but the motion was not signed by appellant herself. Therefore, it did not comply with Texas Rule of Appellate Procedure 42.2(a), and, pursuant to our order of August 25, 2014, we submitted the appeals without briefs. *See* TEX. R. APP. P. 38.8(b)(4).

Absent briefs, no issues are before us. Finding no fundamental error, we affirm the trial court's judgments.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

140180F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MICHELLE SERBU MCCRANEY,
Appellant

No. 05-14-00180-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 401st Judicial District
Court, Collin County, Texas
Trial Court Cause No. 401-82989-2012.
Opinion delivered by Justice O'Neill,
Justices Lang-Miers and Brown
participating.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.

Judgment entered this 8th day of September, 2014.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MICHELLE SERBU MCCRANEY,
Appellant

No. 05-14-00181-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 401st Judicial District
Court, Collin County, Texas
Trial Court Cause No. 401-82990-2012.
Opinion delivered by Justice O'Neill,
Justices Lang-Miers and Brown
participating.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.

Judgment entered this 8th day of September, 2014.